Julie J. Villalobos, SBN263382
**OAKTREE LAW**
3355 Cerritos Ave. Los Alamitos CA 90720
Telephone: (562)741-3938
Fax Number: (888) 408-2210

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| **In Re:** | Case No  2:23-bk-17675-BB |
| **Westside Multispecialty Surgery Center,** | **DECLARATION OF TONG LIU** |
| Debtor. | |

### DECLARATION OF TONG LIU

I, Tong Liu, declare as follows:

1. I am the Chief Operating Officer of the Debtor in the above-referenced case and if called to testify I would, and could, do so competently.
2. On November 17, 2023 Debtor filed the current case.
3. All of the Debtor's patient records are purely digital and are securely stored with Iron Mountain ("Records").

4. Each record stored with Iron Mountain is a duplicate of the original records held by the individual doctors.

5. If a patient seeks to retrieve their medical records they would do so with the doctor directly. Debtor does not grant patients access to the Records.

6. No third parties have access to the Records.

7. Debtor will maintain responsibility for the records and will maintain or destroy them consistent with the Health Insurance Portability and Accountability Act ("HIPAA").

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed in _____Irvine_____, California on December __17__, 2023.

_____
Tong Liu, COO